UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

TANYA NEUBAUER,

      Plaintiff,

*vs*.

Case No. 1:20-cv-1466-WCG

CAPITAL LINK MANAGEMENT LLC;
INTEGRITY RECOVERY MANAGEMENT
LLC; SAMUEL PICCIONE, individually;
DENISA PICCIONE, individually; and
JONATHAN RINKER, individually.

**MOTION TO WITHDRAW APPEARANCE OF FRANCIS R. GREENE
AS COUNSEL FOR PLAINTIFF, TANYA NEUBAUER**

Attorney Francis, R. Greene respectfully moves the Court to withdraw his appearance as attorney for Plaintiff, Tanya Neubauer. In support, Mr. Greene states:

1.     Mr. Greene is imminently leaving the firm of Stern•Thomasson LLP.

2.     There remain one or more attorneys from Stern•Thomasson LLP who have appeared for and will remain as counsel for Plaintiff.

WHEREFORE, for the foregoing reasons, attorney, Francis R. Greene, respectfully moves the Court to withdraw his appearance as attorney for Plaintiff, Tanya Neubauer.

Date: December 1, 2020

                          Respectfully submitted,

                          *s/Francis R. Greene*
                          *Francis R. Greene*
Francis R. Greene (WI Bar # 1115577)
Andrew T. Thomasson (NJ Bar # 048362011)
Katelyn B. Busby (AR Bar # 2014133)
   *Attorneys for Plaintiff, Tanya Neubauer*
STERN•THOMASSON LLP
3010 South Appleton Road
Menasha, Wisconsin 54952
Telephone (973) 379-7500

E-mail: Philip@SternThomasson.com
E-mail: Andrew@SternThomasson.com
E-mail: Francis@SternThomasson.com
E-mail: katelyn@SternThomasson.com