UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

TANYA NEUBAUER,

                Plaintiff,

*vs.*                                Case No.: 1:20-cv-01466-WCG

CAPITAL LINK MANAGEMENT LLC;
INTEGRITY RECOVERY
MANAGEMENT, LLC; SAMUEL
PICCIONE, individually; DENISA
PICCIONE, individually; and JONATHAN
RINKER, individually

                Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Tanya Neubauer respectfully gives notice of dismissal of this action in its entirety without prejudice as to Plaintiff and without further costs or disbursements against any party.

Dated: June 3, 2021.                     *s/ Katelyn B. Busby*

                                            Katelyn B. Busby
                                             (WI Bar # 1123939)
                                           Andrew T. Thomasson
                                           (NJ Bar #048362011)
                                          Thomasson PLLC
                                          3010 South Appleton Rd.
                                          Menasha, WI 54952
                                          Telephone: (870) 412-4910
                                          E-Mail: katelyn@thomassonpllc.com
                                          E-Mail: andrew@thomassonpllc.com
                                          *Attorneys for Plaintiff Tanya Neubauer*