# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

TANYA NEUBAUER,

                         Plaintiff,

*vs.*                                                Case No.: 1:20-cv-01466-WCG

CAPITAL LINK MANAGEMENT LLC;
INTEGRITY RECOVERY
MANAGEMENT, LLC; SAMUEL
PICCIONE, individually; DENISA
PICCIONE, individually; and JONATHAN
RINKER, individually

                         Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this matter is hereby dismissed without prejudice and without any further costs or disbursements against any party. The Clerk's office is directed to close this case.

SO, ORDERED on June 3, 2021.

                                                      s/ William C. Griesbach
                                                      WILLIAM C. GRIESBACH
                                                      United States District Judge